Priority  ✓
Send      ✓
Enter     ———
Closed    ———
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only ———

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 05-472 ER (Ex)                              Date: April 25, 2005

Title:   Richard Whitehurst v. Albertson's, Inc., et al.
================================================================
PRESENT:   HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

           Pamela Silence                       Freda Mendelsohn
           Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

           None present.                        Jeffrey J. Droubay


PROCEEDINGS:   **DEFENDANTS' MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS PLAINTIFFS' AMENDMENT OF COMPLAINT (filed 3/31/05)**

   Case called. Counsel for defendants makes his appearance. No appearance is made by or on behalf of plaintiffs.

   The Court GRANTS defendants Albertsons, Inc. and Savons Drugs Stores' Motion to Strike or in the Alternative to Dismiss Plaintiffs' Amendment of Complaint (filed March 31, 2005) without leave to amend.



                                                              : 10 minutes
                                        Initials of Preparer   PJS