FILED
CLERK, U.S DISTRICT COURT
APR 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WHITEHURST, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S, INC, et al.<br><br>Defendants. | Case No. CV 05-472 ER<br><br>ORDER GRANTING MOTION TO DISMISS |

The Defendants have filed a motion to dismiss the Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The matter came on for hearing on April 25, 2005, the Honorable Edward Rafeedie, presiding. For the reasons stated in open court, the Plaintiffs' First Amended Complaint is hereby DISMISSED WITHOUT LEAVE TO AMEND.

//
//
//
//
//
//
//

ENTERED
CLERK, U.S. DISTRICT COURT
APR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1  IT IS SO ORDERED.

2  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United

3  States mail or by telefax or by email, copies of this Order on counsel for the

4  parties in this matter.

5  Dated:   APR 2 6 2005

*[signature]*

EDWARD RAFEEDIE
Senior United States District Judge